Anthony T. WILLIAMS,
Plaintiff–Appellant,

v.

Scott SHIELDS, in his individual and official capacities; REx Eskridge, in his individual capacity and his official capacity as Chief of Police, Muskogee Police Department; The City of Muskogee, Oklahoma, Defendants–Appellees,

and

David Anderson, in his individual and official capacities; Walter Beckman, City Manager of Muskogee Municipal Corporation in the State of Oklahoma; John Does, various agents, employees, supervisors, and/or policy makers of the County of Muskogee; Muskogee County, Oklahoma, a subordinate political entity of the State of Oklahoma, Defendants.

No. 03–7003.

United States Court of Appeals,
Tenth Circuit.

Oct. 16, 2003.

John M. Butler, Tulsa, OK, for Plaintiff–Appellant.

Betty Outhier Williams, Gage & Williamson, Muskogee, OK, for Defendant–Appellee.

James L. Gibbs, II, Collins, Zorn, Wagner & Gibbs, Oklahoma City, OK, for Defendant.

Before TYMKOVICH, HOLLOWAY and ANDERSON, Circuit Judges.

## ORDER AND JUDGMENT*

STEPHEN H. ANDERSON, Circuit Judge.

After examining the briefs and appellate record, this panel has determined unanimously to grant the parties' request for a decision on the briefs without oral argument. *See* Fed. R.App. P. 34(f); 10th Cir. R. 34.1(G). The case is therefore ordered submitted without oral argument.

Plaintiff seeks review of the district court's dismissal of his complaint for damages brought under 42 U.S.C. §§ 1983, 1985, and 1988, several amendments to the United States Constitution, portions of the Oklahoma Constitution, and Oklahoma state law. In essence he alleged that his rights were violated by his wrongful arrest and imprisonment between July 3 and July 11, 2000. The district court, by separate minute orders, granted the county's motion for summary judgment and the city defendants' motion to dismiss. These motions were based on statute of limitations grounds, in part for failure to bring the federal claims within two years of the alleged constitutional violations and in part for failure to comply with the Oklahoma Governmental Tort Claims Act with regard to the state law claims. We have jurisdic-tion, and we reverse and remand the matter for further proceedings.[1]

We review both the dismissal and the grant of summary judgment de novo. *Ledbetter v. City of Topeka,* 318 F.3d 1183, 1187 (10th Cir.2003). "A complaint should not be dismissed unless it appears beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief." *Id.* (quotation omitted). Summary judgment, on the other hand, "is warranted if the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any, show that there is no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law." *Id.* (quotation omitted).

The underlying facts are not in dispute at this juncture. Plaintiff was arrested on July 3, 2000 by officers of the City of Muskogee, who then transported him to the city jail believing there were outstanding felony and/or misdemeanor warrants pending against him. On July 4, 2000, he was transferred to the county jail and was subsequently arraigned. On July 10 he was ordered released as a "misidentified defendant." Aplee. Supp.App. at 43–44. It further appears that the outstanding warrants named not plaintiff, but his brother. Plaintiff contended that throughout his brief incarceration he attempted to tell various defendants they had arrested the wrong person, but that he was ignored. He further averred that he was released from custody on July 11, 2000.

---

* This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. The court generally disfavors the citation of orders and judgments; nevertheless, an order and judgment may be cited under the terms and conditions of 10th Cir. R. 36.3.

1. Although the district court did not enter a separate judgment dismissing this action, because "no question exists as to the finality of the district court's decision, the absence of a Rule 58 judgment will not prevent appellate review." *Burlington N. R.R. v. Huddleston,* 94 F.3d 1413, 1416 n. 3 (10th Cir.1996). To the extent defendants appear to challenge the timeliness of the appeal, plaintiff's notice of appeal was filed within the time requirements of Fed. R.App. P. 4(a)(1)(A), and is therefore timely.

The exact release date is crucial because plaintiff did not file his complaint until July 11, 2002. Under *Wilson v. Garcia*, 471 U.S. 261, 280, 105 S.Ct. 1938, 85 L.Ed.2d 254 (1985), the applicable state statute of limitations for personal injury actions applies to § 1983 claims. The same rule applies to actions brought under § 1985. *Merrigan v. Affiliated Bankshares of Colo., Inc.*, 775 F.Supp. 1408, 1411 (D.Colo.1991), *aff'd on other grounds*, 1992 WL 43491 (10th Cir. Mar.2, 1992) (unpublished). In Oklahoma that period is two years. *Beck v. City of Muskogee Police Dep't*, 195 F.3d 553, 557 (10th Cir. 1999). Thus, if plaintiff was released on July 10 as defendants claim, his complaint was filed beyond the limitations period. *See United States v. Hurst*, 322 F.3d 1256, 1260 (10th Cir.2003) (under Fed.R.Civ.P. 6(a) "when a statute of limitations is measured in years, the last day for instituting the action is the anniversary date of the relevant act").[2]

In his complaint plaintiff alleged that he was in fact released on July 11, 2000. Defendants countered in their dispositive motions with the county court judge's order of release dated July 10, 2000, and with a computer-generated "Inmate Book–In Sheet" reflecting plaintiff's release on July 10, 2000, at 5:45 p.m. Aplee. Supp. App. at 12, 43–44. In response, plaintiff submitted his affidavit attesting that notwithstanding the judge's July 10 release order, "the people in charge of the Muskogee County Jail continued to hold me until July 11, 2000." Aplt.App. at 26.

Defendants have labeled plaintiff's affidavit as conclusory and self-serving and therefore insufficient to support the denial of the motions to dismiss and for summary judgment. Aplee. Br. at 9–10. The district court's minute orders granting defendants' motions provide no insight as to whether the court agreed with this argument or, indeed, even considered plaintiff's affidavit. Although because made by a party to the action the affidavit might logically be called self-serving, it is nonetheless factually specific in nature. The documents submitted by defendants establish only that plaintiff was ordered released on July 10 and that the computer-generated county jail records indicate his release on that date.

As long as an affidavit is "based upon personal knowledge and set[s] forth facts that would be admissible in evidence," *Hall v. Bellmon*, 935 F.2d 1106, 1111 (10th Cir.1991), such averment of a party is legally competent to oppose summary judgment, notwithstanding its inherently self-serving nature. Certainly the exact date of his release from the county jail is a specific fact within plaintiff's personal knowledge. We cannot, therefore, agree at this stage that plaintiff's affidavit was "merely conclusory." *See Murray v. City of Sapulpa*, 45 F.3d 1417, 1422 (10th Cir. 1995). For similar reasons we cannot hold that plaintiff can prove no set of facts in support of his claim for relief therefore entitling the city defendants to a Fed. R.Civ.P. 12(b)(6) dismissal.

Accordingly, the district court's orders on defendants' motions for dismissal and summary judgment are REVERSED and the cause is REMANDED for further proceedings consistent with this order and judgment.

---

**2.** We are not unmindful of the city defendants' arguments that their only apparent connection with plaintiff occurred incident to his arrest on July 3 and did not carry forward until his subsequent release on July 10 or 11. On remand, these defendants are free to reargue their position on the cut-off date for their liability.

# UNITED STATES COURT OF APPEALS

## Eleventh Circuit

---

## DECISIONS WITHOUT PUBLISHED OPINIONS

The following cases have been decided without formal opinion prepared for publication in the permanent law reports:

| Title | Docket Number | Date of Decision | Disposition | Appeal from and Citation (if reported) |
|---|---|---|---|---|
| U.S. v. Gerardo Benitez-Cortez | 01–13763 | 07/16/2003 | Affirmed | M.D.Fla. |
| U.S. v. Segundo Quinones | 01–14142 | 07/17/2003 | Affirmed | M.D.Fla. |
| * Cesar Augusto Cardenas v. U.S. Attorney General | 01–15460 | 07/25/2003 | Affirmed | S.D.Fla. |
| * Antonio Lamar Pinder v. U.S. | 02–10948 | 07/23/2003 | Affirmed | M.D.Fla. |
| Danny M. Bennett v. Dennis Lee Hendrix | 02–11031 | 07/25/2003 | Reversed in part, Vacated in part | N.D.Ga. |
| U.S. v. Gregory Eugene Gardner, Sr. | 02–11802 | 07/14/2003 | Affirmed | N.D.Fla. |
| * Mikerlange Casimir v. U.S. Atty. Gen. | 02–12664 | 07/16/2003 | Affirmed | S.D.Fla. |
| * U.S. v. Frederick Pippins | 02–13078 | 07/23/2003 | Affirmed | S.D.Ala. |
| * Guido Gordillo v. U.S. Atty. Gen. | 02–13702 | 07/24/2003 | Affirmed | S.D.Fla. |
| * Leonard Shllaku v. U.S. Attorney General | 02–13752 | 07/25/2003 | Affirmed | M.D.Fla. |
| * U.S. v. Larry Dennis Wellons | 02–13776 | 07/15/2003 | Affirmed | S.D.Fla. |
| * Nevil Lopez v. Sec. for Dept. of Corr. | 02–13979 | 07/17/2003 | Remanded | S.D.Fla. |
| * U.S. v. Telly Brown | 02–14054 | 07/24/2003 | Affirmed | M.D.Ga. |
| * Susan Rinks v. Courier Dispatch Group, Inc. | 02–14187 | 07/16/2003 | Affirmed | N.D.Ga. |
| * Luis E. Munoz v. U.S. Attorney General | 02–14321 | 07/24/2003 | Affirmed | M.D.Fla. |
| * Genaro Rodriguez v. U.S. Atty. Gen. | 02–14398 | 07/25/2003 | Affirmed | S.D.Fla. |
| * Myrtle Texeira v. U.S. Atty. Gen. | 02–14410 | 07/25/2003 | Affirmed | S.D.Fla. |
| * Leon Jackson v. Sec. for Dept. of Corr. | 02–14724 | 07/25/2003 | Affirmed | S.D.Fla. |
| * Leon Damelin v. U.S. | 02–14732 | 07/24/2003 | Affirmed | S.D.Fla. |
| * Jorge H. Urena-Munoz v. Peter S. Herrick | 02–14742 | 07/24/2003 | Affirmed | S.D.Fla. |

* Fed.R.App.P. 34(a); 11th Cir.R. 34-3.

## DECISIONS WITHOUT PUBLISHED OPINIONS—Continued

| Title | Docket Number | Date of Decision | Disposition | Appeal from and Citation (if reported) |
|---|---|---|---|---|
| Barbara Brewton v. GA Dept. of Pub. Safety | 02–14782 | 07/17/2003 | Affirmed in part, Reversed in part | S.D.Ga. |
| * U.S. v. Keith C. Kyles | 02–14801 | 07/16/2003 | Affirmed | S.D.Ala. |
| * Randolph Walker v. Quadgraphic, Inc. | 02–15065 | 07/16/2003 | Affirmed | M.D.Ga. |
| * Djordje Lezajic v. U.S. Attorney General | 02–15067 | 07/16/2003 | Affirmed | S.D.Fla. |
| * U.S. v. Oscar Ortega | 02–15089 | 07/23/2003 | Affirmed | S.D.Fla. |
| * Robert Heard v. Sonny Perdue | 02–15170 | 07/25/2003 | Affirmed | N.D.Ga. |
| * U.S. v. Fydias Zynul Correa-Olivares | 02–15277 | 07/16/2003 | Affirmed | N.D.Ala. |
| * Valentin Bellagamba v. Attorney General | 02–15310 | 07/23/2003 | Affirmed | S.D.Fla. |
| * Stanley Earl Winston v. U.S. | 02–15343 | 07/25/2003 | Affirmed | N.D.Ga. |
| * U.S. v. Alfonso Ricardo Regalado | 02–15539 | 07/23/2003 | Affirmed | S.D.Fla. |
| * U.S. v. Larry Wilcoxson | 02–15958 | 07/23/2003 | Affirmed | N.D.Fla. |
| * Marshall Foskey v. State Board of Pardons | 02–16012 | 07/25/2003 | Affirmed | N.D.Ga. |
| * U.S. v. Jesus Hernandez | 02–16097 | 07/17/2003 | Affirmed | N.D.Ga. |
| * U.S. v. Larry Edward Campbell | 02–16120 | 07/23/2003 | Affirmed | S.D.Ala. |
| * Timothy Latham v. U.S. | 02–16153 | 07/24/2003 | Affirmed | M.D.Ala. |
| * Thomas R. Farese v. U.S. Attorney General | 02–16156 | 07/23/2003 | Affirmed | S.D.Fla. |
| * U.S. v. Waleska Nieves | 02–16206 | 07/17/2003 | Affirmed | N.D.Ga. |
| * U.S. v. Edgardo Nieves | 02–16207 | 07/17/2003 | Affirmed | N.D.Ga. |
| * Najiy-Ullah Aziyz v. Bruce Chatman | 02–16295 | 07/17/2003 | Affirmed | M.D.Ga. |
| * U.S. v. Yoel Gonzalez-Acosta | 02–16296 | 07/22/2003 | Affirmed | S.D.Fla. |
| * William Omuna v. Internal Revenue Service | 02–16335 | 07/16/2003 | Affirmed | M.D.Ga. |
| * Subodhchandra T. Patel v. Bill Hutson | 02–16343 | 07/24/2003 | Affirmed | N.D.Ga. |
| * U.S. v. Ray P. Pope | 02–16410 | 07/25/2003 | Reversed in part, Vacated in part | N.D.Fla. |
| * U.S. v. Patricia Foster | 02–16454 | 07/25/2003 | Affirmed | M.D.Fla. |
| * U.S. v. Melody I. Rose | 02–16544 | 07/14/2003 | Affirmed | N.D.Fla. |
| * U.S. v. Dien Boxton-Moises | 02–16584 | 07/18/2003 | Affirmed | M.D.Fla. |
| * Joshua Magnussen v. James Kensey Dahlquist | 02–16611 | 07/16/2003 | Affirmed | N.D.Ga. |
| * Elias E. Abusaid v. Jack Espinosa, Jr. | 02–16690 | 07/23/2003 | Affirmed | M.D.Fla. |
| * Francisco A. Feliciano v. Parking Area Maintenance | 02–16764 | 07/24/2003 | Affirmed | M.D.Fla. |
| * U.S. v. Eugene C. Walters, Jr. | 02–16801 | 07/22/2003 | Affirmed | N.D.Ga. |

* Fed.R.App.P. 34(a); 11th Cir.R. 34-3.

## DECISIONS WITHOUT PUBLISHED OPINIONS—Continued

| Title | Docket Number | Date of Decision | Disposition | Appeal from and Citation (if reported) |
|---|---|---|---|---|
| Mary Reese v. Miami-Dade County | 02–16855 | 07/14/2003 | Affirmed | S.D.Fla., 242 F.Supp.2d 1292 |
| * U.S. v. Osmel Toledo | 02–16888 | 07/16/2003 | Affirmed | S.D.Fla. |
| * Brooke Daniels v. Clear Channel Broadcasting | 02–16914 | 07/24/2003 | Affirmed | S.D.Fla. |
| * U.S. v. Jeffrey Louis Smith | 02–16927 | 07/23/2003 | Affirmed | S.D.Ga. |
| * U.S. v. Michael Paul Dupaquier | 02–16936 | 07/23/2003 | Affirmed | N.D.Fla. |
| * Escambia County School Board v. S J S | 02–16999 | 07/17/2003 | Affirmed | N.D.Fla. |
| * Rudolfo Ramirez v. Sec. for Dept. of Corr. | 03–10149 | 07/17/2003 | Affirmed | S.D.Fla. |
| * James Craig Stephenson v. State of Alabama | 03–10240 | 07/23/2003 | Affirmed | N.D.Ala. |
| * U.S. v. Don F. Fairfield | 03–10286 | 07/23/2003 | Affirmed | M.D.Fla. |
| * Ronald J. Devery v. Mirant Services | 03–10438 | 07/16/2003 | Affirmed | S.D.Ala. |
| * U.S. v. Rodriguez Sharpe | 03–10459 | 07/23/2003 | Affirmed | N.D.Ga. |
| * U.S. v. John Clinton Martin | 03–10526 | 07/17/2003 | Affirmed | M.D.Fla. |
| * Raymond Lee Franklin v. Garfield Hammonds, Jr. | 03–10569 | 07/25/2003 | Affirmed | N.D.Ga. |
| * Frank Cornelius v. Joseph Szczecko | 03–10711 | 07/22/2003 | Affirmed | N.D.Ga. |
| * Out2.com, Inc. v. Citibank, N.A. | 03–10818 | 07/16/2003 | Affirmed | S.D.Fla. |
| * Thomas J. Stewart v. Jo Anne B. Barnhart | 03–10835 | 07/23/2003 | Affirmed | S.D.Ala. |
| * Sun Coast Builders v. Assurance Company | 03–11069 | 07/17/2003 | Affirmed | S.D.Ala. |
| * Westport Ins. Corp. v. James Hugh Potts, II | 03–11166 | 07/16/2003 | Affirmed | N.D.Ga. |
| * Marie Estela Escandon De Auerbach v. U.S. | 03–11538 | 07/16/2003 | Affirmed | N.D.Ga. |

* Fed.R.App.P. 34(a); 11th Cir.R. 34-3.

# UNITED STATES COURT OF APPEALS

### Eleventh Circuit

---

## DECISIONS WITHOUT PUBLISHED OPINIONS

The following cases have been decided without formal opinion prepared for publication in the permanent law reports:

| Title | Docket Number | Date of Decision | Disposition | Appeal from and Citation (if reported) |
|---|---|---|---|---|
| U.S. v. David A. Cawthon ... | 02–12360 | 08/06/2003 | Affirmed in part, Reversed in part | M.D.Ga. |
| Martin Gray v. ODS Technologies ................... | 02–12813 | 08/08/2003 | Reversed in part, Vacated in part | S.D.Fla. |
| Elwood I. Kaplan v. Daimlerchrysler A.G. ............. | 02–13223 | 08/01/2003 | Affirmed | M.D.Fla. |
| * U.S. v. Jean Charles Thomas | 02–13340 | 08/06/2003 | Affirmed | S.D.Fla. |
| * U.S. v. Anthony John Alphonse ................. | 02–13352 | 08/05/2003 | Affirmed | M.D.Fla. |
| * U.S. v. Odalys Duquesane ... | 02–13725 | 08/07/2003 | Affirmed | M.D.Fla. |
| * Shukri Ali Kavrik v. U.S. Atty. Gen. ................ | 02–13750 | 08/06/2003 | Affirmed | S.D.Fla. |
| * Florise Guerrier v. U.S. Atty. Gen..................... | 02–14057 | 08/05/2003 | Affirmed | S.D.Fla. |
| * U.S. v. Amin Jones.......... | 02–14083 | 08/08/2003 | Affirmed | M.D.Fla. |
| * Anthony Farley v. Kenneth B. Followill .............. | 02–15588 | 08/07/2003 | Affirmed | M.D.Ga. |
| * Timothy Parks v. Charlie Crist.................... | 02–15837 | 08/06/2003 | Affirmed | M.D.Fla. |
| * Charles H. Johnson v. City of Calera .................. | 02–15843 | 08/08/2003 | Affirmed | N.D.Ala.. |
| * Alfred T. McDonald v. James Crosby................. | 02–16233 | 08/06/2003 | Affirmed | M.D.Fla. |
| * U.S. v. Stanley Jennings..... | 02–16256 | 08/05/2003 | Affirmed | S.D.Fla. |
| * U.S. v. Marie Lucienne Senat | 02–16612 | 08/05/2003 | Affirmed | S.D.Fla. |
| * U.S. v. Sylvester Senat ...... | 02–16617 | 08/05/2003 | Affirmed | S.D.Fla. |
| * U.S. v. Travares Jefferson ... | 02–16744 | 08/05/2003 | Affirmed | S.D.Fla. |
| * Lee E. Gaines v. Gordon R. England ................ | 03–10061 | 08/05/2003 | Affirmed | M.D.Fla. |

* Fed.R.App.P. 34(a); 11th Cir.R. 34-3.

## DECISIONS WITHOUT PUBLISHED OPINIONS—Continued

| Title | Docket Number | Date of Decision | Disposition | Appeal from and Citation (if reported) |
|---|---|---|---|---|
| * Perry Lee Fleming v. Paul Whaley, II | 03–10780 | 08/06/2003 | Affirmed | M.D.Ala. |
| * Charles Wiley v. Billy Mitchem | 03–10868 | 08/07/2003 | Affirmed | M.D.Ala. |
| * Melveen Malone v. City of Tampa | 03–10963 | 08/04/2003 | Affirmed in part, Reversed in part | M.D.Fla. |
| * U.S. v. Joshua Boyer | 01–16931 | 07/30/2003 | Affirmed | M.D.Fla. |
| * U.S. v. John Henry Smith | 02–10675 | 07/29/2003 | Affirmed | N.D.Ga. |
| * Scott Thomson v. Internal Revenue | 02–11192 | 07/29/2003 | Affirmed | S.D.Fla. |
| * U.S. v. William Wardlaw | 02–12206 | 07/30/2003 | Affirmed | M.D.Ga. |
| * U.S. v. Robert Howe | 02–13805 | 07/30/2003 | Affirmed | M.D.Fla. |
| * U.S. v. Johnny Torres | 02–14286 | 07/29/2003 | Affirmed | N.D.Ga. |
| * U.S. v. Leo Dean Wilson | 02–14489 | 07/30/2003 | Affirmed | N.D.Fla. |
| Joey Threatte v. Toyota Motor Corp. | 02–14971 | 07/30/2003 | Affirmed in part, Reversed in part | S.D.Ga. |
| * U.S. v. Jayme D. Allen | 02–15178 | 07/28/2003 | Affirmed | N.D.Ala. |
| * U.S. v. Torrance L. Wilkins | 02–15254 | 07/31/2003 | Affirmed | S.D.Fla. |
| * Ronald Sylvester Bloom v. U.S. | 02–15267 | 07/31/2003 | Affirmed | N.D.Fla. |
| * Gloria Ines Zamora-Grimaldo v. U.S. Atty. Gen. | 02–15797 | 07/31/2003 | Affirmed | S.D.Fla. |
| * U.S. v. Teresa Wilmot | 02–15807 | 07/30/2003 | Affirmed | N.D.Fla. |
| * U.S. v. LaRonald Deon Spear | 02–15831 | 07/28/2003 | Reversed in part, Vacated in part | N.D.Ala. |
| * U.S. v. Willie Terrell Jackson | 02–15963 | 07/31/2003 | Affirmed | M.D.Ala. |
| * U.S. v. Raheem Jarrod Cannon | 02–16072 | 07/30/2003 | Affirmed | S.D.Ga. |
| * U.S. v. Terrance Jackson | 02–16287 | 07/30/2003 | Affirmed | N.D.Fla. |
| * Bill J. Miller v. Wilsonart International | 02–16321 | 07/30/2003 | Affirmed | N.D.Ga. |
| * Robert Michael Booker v. Escambia County | 02–16353 | 07/31/2003 | Affirmed | N.D.Fla. |
| * U.S. v. Jorge Gonzalez | 02–16572 | 07/29/2003 | Affirmed | S.D.Fla. |
| * U.S. v. Ashley D. Rodeheaver | 02–16698 | 07/29/2003 | Affirmed | M.D.Ga. |
| * United Directory Svcs. v. International Tele-Svcs. | 02–16816 | 07/28/2003 | Affirmed | S.D.Fla. |
| * United Directory Svcs. v. International Tele-Svcs. | 02–16817 | 07/28/2003 | Affirmed | S.D.Fla. |
| * United Directory Svcs. v. International Tele-Svcs. | 02–16818 | 07/28/2003 | Affirmed | S.D.Fla. |
| * U.S. v. Sylvester Eugene Bennett | 02–16838 | 07/28/2003 | Affirmed | M.D.Fla. |
| * City of Atlanta v. John Genins | 02–16910 | 07/29/2003 | Affirmed | N.D.Ga. |
| * U.S. v. Rogelio Moya-Fernandez | 03–10010 | 07/29/2003 | Affirmed | S.D.Fla. |
| * J. Sharwell v. Jane Gilligan | 03–10176 | 07/31/2003 | Affirmed | S.D.Fla. |

* Fed.R.App.P. 34(a); 11th Cir.R. 34-3.

## DECISIONS WITHOUT PUBLISHED OPINIONS—Continued

| Title | Docket Number | Date of Decision | Disposition | Appeal from and Citation (if reported) |
|---|---|---|---|---|
| * Roland LaBounty v. Jo Anne B. Barnhart . . . . . . . . . . . . . | 03–10191 | 07/30/2003 | Affirmed | M.D.Fla. |
| * Rene J. Clinton v. City of Atlanta . . . . . . . . . . . . . . . . . . . | 03–10254 | 07/28/2003 | Affirmed | N.D.Ga. |
| * U.S. v. Willie Clay Means . . . | 03–10378 | 07/31/2003 | Affirmed | N.D.Ala. |
| * U.S. v. Kelvin O. Boykin . . . . | 03–10382 | 07/29/2003 | Reversed in part, Vacated in part | S.D.Ala. |
| * Thor Holm Hansen v. Norman C. Roettger . . . . . . . . . | 03–10385 | 07/28/2003 | Affirmed | S.D.Fla. |
| * U.S. v. Jose Angel Gonzalez | 03–10432 | 07/31/2003 | Affirmed | N.D.Ala. |
| * Albert W. Morton v. Mel Martinez . . . . . . . . . . . . . . . | 03–10457 | 07/29/2003 | Affirmed | N.D.Ga. |
| * Anna Dinardo v. 15th Judicial Circuit of FL. . . . . . . . . | 03–10603 | 07/30/2003 | Affirmed | S.D.Fla. |
| * Janice Coolen v. Jo Anne B. Barnhart . . . . . . . . . . . . . . | 03–10621 | 07/28/2003 | Affirmed | M.D.Fla. |
| * U.S. v. Bill Wyane Roberts . . | 03–10662 | 07/30/2003 | Affirmed | S.D.Fla. |
| * Johnny L. Gentle v. Jo Anne B. Barnhart . . . . . . . . . . . . . | 03–10830 | 07/31/2003 | Affirmed | N.D.Ala. |
| * Steven C. Griffin v. Ruby Tuesday, Inc. . . . . . . . . . . . . | 03–11223 | 07/28/2003 | Affirmed | S.D.Ala. |
| * Rocky Shoes and Boots v. Antillas Air Freight . . . . . . . | 03–11426 | 07/31/2003 | Affirmed | S.D.Fla. |

* Fed.R.App.P. 34(a); 11th Cir.R. 34-3.

# UNITED STATES COURT OF APPEALS

## Eleventh Circuit

---

### DENIALS OF REHEARING EN BANC

(Rule 35 Federal Rules of Appellate Procedure; Local Eleventh Circuit Rule 35)

Group 1—Denials where no member of the panel nor Judge in regular active service on the Court requested that the Court be polled on rehearing en banc.

Group 2—Denials after a poll requested by a member of the panel or a Circuit Judge in regular active service.

Group 3—Denials on the Court's own motion after a poll requested by a member of the panel or a Circuit Judge in regular active service.

| Title | Docket Number | Date of Denial | Citation of Panel Decision |
|---|---|---|---|
| Group 1 | | | |
| Best v. Georgia-Pacific Corporation | 02–13715 | 07/25/2003 | S.D.Ga., 66 Fed.Appx. 845 |
| Bogle v. McClure | 02–13213 | 07/25/2003 | N.D.Ga., 332 F.3d 1347 |
| Buchanan v. America Online, Inc. | 02–12838 | 07/18/2003 | M.D.Fla., 67 Fed.Appx. 587 |
| Judy v. Walker | 02–14042 | 07/25/2003 | N.D.Ga., 69 Fed.Appx. 989 |
| Lamb v. Hall | 02–12732 | 07/23/2003 | S.D.Ga., 69 Fed.Appx. 989 |
| McConnell v. Alabama Federal Savings and Loan Association | 00–11920, 01–15924, 01–16253 | 07/28/2003 | N.D.Ala., 66 Fed.Appx. 844 |
| U.S. v. Davis | 02–16075 | 07/25/2003 | N.D.Ala., 71 Fed.Appx. 823 |
| U.S. v. Knight | 02–12182 | 07/22/2003 | M.D.Fla., 66 Fed.Appx. 844 |
| Waddell v. Hendry County Sheriff's Office | 00–11000, 01–16032 | 07/31/2003 | M.D.Fla., 329 F.3d 1300 |

# UNITED STATES COURT OF APPEALS

## Eleventh Circuit

---

## DENIALS OF REHEARING EN BANC

(Rule 35 Federal Rules of Appellate Procedure;  Local Eleventh Circuit Rule 35)

Group 1—Denials where no member of the panel nor Judge in regular active service on the Court requested that the Court be polled on rehearing en banc.

Group 2—Denials after a poll requested by a member of the panel or a Circuit Judge in regular active service.

Group 3—Denials on the Court's own motion after a poll requested by a member of the panel or a Circuit Judge in regular active service.

| Title | Docket Number | Date of Denial | Citation of Panel Decision |
|---|---|---|---|
| Group 1 | | | |
| King v. Richmond County, Georgia .... | 02–14146–DD | 08/06/2003 | S.D.Ga., 331 F.3d 1271 |
| U.S. v. Simmons .................... | 03–10298–II | 08/06/2003 | S.D.Fla., — Fed.Appx. — |